CO-386
10/2018

# United States District Court
# For the District of Columbia

NEW YORK CENTER FOR  )
FOREIGN POLICY AFFAIRS  )
)
)
                Plaintiff  )
vs  )   Civil Action No. __20-cv-3847_____
)
UNITED STATES DEPARTMENT OF STATE,  )
and MICHAEL POMPEO in his official capacity  )
as Secretary of the Department of State  )
)
                Defendant  )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __New York Center for Foreign Policy Affairs__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __New York Center for Foreign Policy Affairs__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Matthew M. Collette_
Signature

DC Bar No. 427617             Matthew M. Collette
BAR IDENTIFICATION NO.      Print Name

1000 Maine Ave. SW, Suite 450
Address

Washington     DC     20024
City             State     Zip Code

(202) 652-4511
Phone Number