IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NEW YORK CENTER FOR FOREIGN POLICY AFFAIRS**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF STATE and ANTONY BLINKEN**, in his official capacity as Secretary of State[1], <br><br> Defendants. | Civil Action No. 20-cv-3847 (PLF) |

**JOINT STATUS REPORT**

On March 8, 2021, the Court ordered the parties "file a joint status report with a proposed schedule for further proceedings on or before April 21, 2021." Order, Dkt. 7. The parties have conferred and respectfully propose that the Court enter the following schedule:

- May 12: Defendants shall file their motion to dismiss Plaintiffs' amended complaint.

- June 18: Plaintiffs shall file their opposition to Defendants' motion to dismiss.

- July 16: Defendants shall file their reply in support of their motion to dismiss.

The parties further propose that, in the event the Court denies Defendants' motion to dismiss, the parties confer and file a joint status report two weeks after such ruling that sets forth a proposed schedule for further proceedings.

April 21, 2021                                                      Respectfully submitted,

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Antony Blinken has been automatically substituted for Michael Pompeo as Secretary of State.

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division


ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

 */s/ Courtney D. Enlow*
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov



*Counsel for Defendants*

| |
|---|
| /s/ *Matthew M. Collette* |
| Matthew M. Collette |
|   DC Bar No. 427617 |
| MASSEY & GAIL LLP |
| 1000 Maine Ave. SW, Suite 450 |
| Washington, DC 20024 |
| Direct: (202) 795-3326 |
| Fax: (312) 379-0467 |
| mcollette@masseygail.com |
| *Attorney for Plaintiffs* |