IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NEW YORK CENTER FOR FOREIGN POLICY AFFAIRS,** *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF STATE and ANTONY BLINKEN,** in his official capacity as Secretary of State[1],<br><br>    Defendants. | Civil Action No. 20-cv-3847 (PLF) |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully provide notice that on October 31, 2022, the district court granted the Government's motion to dismiss for lack of jurisdiction in *Indigenous People of Biafra v. Blinken*, No. 21-cv-2068 (JMC), 2022 WL 16551320 (D.D.C. Oct. 31, 2022), which is relevant to the Court's consideration of the standing arguments raised in Defendants' Motion to Dismiss, ECF No. 10. A copy of the decision is attached.


November 3, 2022                          Respectfully submitted,


                                          BRIAN M. BOYNTON
                                          Principal Deputy Assistant Attorney
                                          General
                                          Civil Division


                                          ANTHONY J. COPPOLINO
                                          Deputy Director, Federal Programs Branch

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Antony Blinken has been automatically substituted for Michael Pompeo as Secretary of State.

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov


*Counsel for Defendants*