IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NEW YORK CENTER FOR FOREIGN POLICY AFFAIRS, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>        Defendants. | Civil Action No. 20-cv-3847 (PLF) |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that, consistent with Local Rule 83.6, Courtney D. Enlow, formerly of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby respectfully notices her withdrawal from this case. Ms. Enlow's employment with the Civil Division has ended. Defendant remains represented in this case by another attorney from the Department of Justice, R. Charlie Merritt, who has previously appeared in this case.

Dated: December 14, 2023

Respectfully submitted,

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW (NC Bar No. 46578)
Senior Attorney
Federal Deposit Insurance Corporation
3501 Fairfax Drive
Arlington, VA 22226
Tel: (703) 303-4294
cenlow@fdic.gov