IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW YORK CENTER FOR FOREIGN POLICY AFFAIRS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE and ANTONY BLINKEN, in his official capacity as Secretary of State,[1]<br><br>    Defendants. | Civil Action No. 20-cv-3847 (PLF) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE SUPPLEMENTAL MEMORANDA**

    Defendants respectfully request that the Court extend the Parties' deadline for submitting supplemental memoranda regarding Defendants' motion to dismiss from June 7, 2024, to June 24, 2024.

    Good cause exists to grant this motion. Undersigned counsel recently took over this case from a colleague and needs additional time to familiarize himself with the case and prepare Defendants' supplemental memorandum. This is Defendants' first request for an extension of this deadline. Undersigned counsel has conferred with Plaintiffs' counsel, who consents to this request. A proposed order is attached.

Dated: June 3, 2024                                            Respectfully submitted,

                                                                                                 BRIAN M. BOYNTON
                                                                                                 Principal Deputy Assistant Attorney General

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Antony Blinken has been automatically substituted for Michael Pompeo as Secretary of State.

LAUREN A. WETZLER
Deputy Director, Federal Programs Branch

*/s/ Ross Slaughter*
ROSS SLAUGHTER (NC Bar # 58086)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
(202) 616-8185
Ross.M.Slaughter@usdoj.gov

*Counsel for Defendants*