UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW YORK CENTER FOR FOREIGN POLICY AFFAIRS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, and ANTONY BLINKEN, in his official capacity as Secretary of the Department of State, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 20-3847 (PLF) |

## ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendants' Motion to Dismiss [Dkt. No. 10] is GRANTED; it is

FURTHER ORDERED that plaintiffs' Amended Complaint for Declaratory and Injunctive Relief [Dkt. No. 8] is DISMISSED; and it is

FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 7/12/24